MORRIS SYRKIN, Appellant, *v.* IRVING KESNER et al., Respondents.

*Syrkin* v. *Kesner,* 175 App. Div. 321, affirmed.

(Submitted December 6, 1918; decided January 7, 1919.)

APPEAL from a judgment, entered December 7, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought upon a jail limit undertaking executed by defendants whereby it was provided that defendant Kesner should not go without the liberties of the county of New York until discharged. Thereafter on June 15, 1914, it was alleged Kesner was seen in the county of Bronx. The trial court denied defendants' motions to dismiss the complaint, made upon the ground that it did not state facts sufficient to constitute a cause of action, defendants' contention being that on said June 15, 1914, the jail liberties of New York county included Bronx county, and that, therefore, Kesner's presence in Bronx county on that date did not constitute an escape,

but the Appellate Division reversed the judgment and dismissed the complaint.

*Harry N. Wessel* for appellant.

*Harry H. Bernstein* and *Morris M. Becher* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, McLAUGHLIN and CRANE, JJ.